IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Judge Lawrence J. Block)

No. 12-657 T

_____

BRYAN AND SUSAN DRAPER,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

_____

JOINT STATUS REPORT

_____

Pursuant to the Court's Order dated August 28, 2014, the parties file this joint status report regarding the prospects of settlement for this case and the 15 related cases.[1]  All of these cases were stayed until October 31, 2014.

The parties have made significant progress in their efforts to settle these cases. On September 23, 2014, the United States accepted plaintiff's offer in case No. 13-316 T (Edwin O.

_____

[1] The fifteen cases are Docket Nos. 12-657, 12-663, 12-744, 12-868, 12-893, 12-895, 12-905, 13-13, 13-14, 13-70, 13-305, 13-316, 13-317, 13-321 and 13-329.

1

DeSilva) to resolve all the issues raised in that complaint.  The stipulation for dismissal was filed on September 26, 2014, and the case was dismissed on the same day.

The terms of this DeSilva offer should be a model for resolving most of the other related cases.  In this regard, the United States received, on October 20, 2014, an offer to settle all the issues raised in case No. 12-868 T (Joseph Preston).

The parties propose that the Court continue the stay of proceedings in this and the remaining related cases to allow the parties to continue settlement efforts for all these cases.  The

12022973.1

parties further propose filing a Joint Status Report on February 28, 2015.


                                       Respectfully submitted,

October 31, 2014                         s/Cory Stigile
CORY STIGILE
Attorney of Record
CHARLES P. RETTIG
EDWARD M. ROBBINS, JR.
HOCHMAN, SALKIN, RETTIG,
TOSCHER, & PEREZ, P.C.
9134 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
stigile@taxlitigator.com


October 31, 2014                         s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6580
(202) 540-9440 (facsimile)
Robert.J.Higgins@usdoj.gov


TAMARA W. ASHFORD
Acting Assistant Attorney General

DAVID I. PINCUS
Chief, Court of Federal Claims Section

October 31, 2014                         s/David I. Pincus
DAVID I. PINCUS

12022973.1